NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RENEE ANNETTE CHRUSTOWSKI,**
*Plaintiff-Appellant*

**v.**

**JEWEL CHRUSTOWSKI,**
*Defendant*

---

2024-2077

---

Appeal from the United States District Court for the District of Delaware in No. 1:23-cv-00803-CFC, Chief Judge Colm F. Connolly.

---

Before PROST, BRYSON, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

Having considered Renee Annette Chrustowski's response to this court's show cause order, we dismiss.

Ms. Chrustowski filed the underlying complaint at the United States District Court for the District of Delaware alleging negligence and claims of age discrimination and civil rights violations. The district court dismissed the complaint on December 27, 2023. On July 8, 2024, Ms. Chrustowski filed this notice of appeal.

"[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement," *Bowles v. Russell*, 551 U.S. 205, 214 (2007), and, in order to be timely, a notice of appeal generally must be filed within 30 days after entry of final judgment, 28 U.S.C. § 2107; Fed. R. App. P. 4.  Because this appeal is clearly untimely, and no court would have jurisdiction to consider it, we dismiss.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  All pending motions are denied.

(3)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 8, 2024
Date